# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 7, 2016

### NO. 03-16-00299-CR

**The State of Texas, Appellant**

**v.**

**Ayoob Akteyarlee, Appellee**

---

**APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

---

This is an appeal from the trial court's order granting the motion for new trial. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order granting the motion for new trial. The State shall pay all costs relating to this appeal, both in this Court and the court below.